**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHAWN DEAN CHAUDHRY,

      Plaintiff,

-vs-

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and TRUIST
BANK.

      Defendants.

CASE NO. 8:24-cv-00674-MSS-AEP

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC.

COMES NOW Plaintiff, SHAWN DEAN CHAUDHRY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 22nd day of April, 2024.

1

/s/ **Frank H. Kerney, III**
Frank H. Kerney, III
Florida Bar No.: 88672
Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Frank@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 22nd day of April, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

*/s/ Frank H. Kerney, III*
Frank H. Kerney, III
Florida Bar No.: 88672
The Consumer Lawyers
*Attorney for Plaintiff*

2