**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHAWN DEAN CHAUDHRY**,

  Plaintiff,

                                       CASE NO.: 8:24-cv-00674

v.

**EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRAN UNION
LLC, and TRUIST BANK**

     Defendants.

_____/

**<u>NOTICE OF SETTLEMENT AS TO DEFENDANT,</u>**
**<u>TRANS UNION LLC</u>**

COMES NOW Plaintiff, SHAWN DEAN CHAUDHRY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 7th day of May 2024.

                                       ***/s/ Frank H. Kerney, III, Esq.***
                                      Frank H. Kerney, III, Esq.

Florida Bar No.: 88672
Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
412 E. Madison St. Ste 916
Tampa, Florida 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Frank@TheConsumerLawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 7th day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

*/s/ Frank H. Kerney, III, Esq.*
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
The Consumer Lawyers
*Attorney for Plaintiff*

2