**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHAWN DEAN CHAUDHRY**,

  Plaintiff,

                                       CASE NO.: 8:24-cv-00674

v.


**EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRAN UNION LLC, and TRUIST BANK**


     Defendants.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Shawn Dean Chaudhry and the Defendants, Experian Information Solutions, Inc., Trans Union LLC ("Trans Union"), and Truist Bank ("Truist"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Trans Union and Truist in the above styled action, with Plaintiff, Trans Union, and Truist to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 9th day of August, 2024.

*/s/ Frank H. Kerney, III, Esq.*
Frank H. Kerney, III, Esq.
Florida Bar No.: 88672
Tennessee Bar No.: 035859
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Ste 610
Tampa, Florida 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Frank@TheConsumerLawyers.com
Attorney for Plaintiff

**/s/ Charlotte Long**
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
 **Counsel for Defendant Trans Union, LLC**

*/s/ Kathleen D. Dackiewicz*
Sara F. Holladay
Florida Bar No.: 0026225
Kathleen D. Dackiewicz
Florida Bar No. 1003294
**MCGUIREWOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200 / (904) 798-3207
(Fax)
sholladay@mcguirewoods.com
kdackiewicz@mcguirewoods.com
flservice@mcguirewoods.com
*Attorney for Defendant Truist Bank*

**/s/ Maria H. Ruiz**
Maria H. Ruiz
Florida Bar No. 182923
 KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601
MRuiz@Kasowitz.com
Attorney for Defendant Experian Information
Solutions, Inc.

2